# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MELISSA WINFORD**                                                                    **PLAINTIFF**

**V.**                       **CASE NO.: 3:11CV00247 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                  **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Melissa Winford.

DATED this 4th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE